

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

| | | |
|---|---|---|
| JOHN G. REHORIC JR., § | | |
| Plaintiff, § | | |
| vs. § | CIVIL ACTION 1:17-02634-MGL | |
| § | | |
| NANCY A. BERRYHILL, § | | |
| Acting Commissioner of Social Security, § | | |
| Defendant. § | | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AS MODIFIED BY THE PARTIES' STIPULATION**

This is a Social Security appeal. Pending before the Court is Plaintiff's motion for attorney fees in the amount of $6,571.37 in attorney fees and $400.00 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subsequent to Plaintiff filing this motion, however, the parties stipulated Defendant would instead pay $5,500.00 in attorney fees and $400.00 in costs.

Having carefully considered the motion, the stipulation, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED AS MODIFIED** by the parties' stipulation.

**IT IS SO ORDERED**.

Signed this 23rd day of April, 2019, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE